■ TOWN OF OYSTER BAY, Appellant, v S. ZARA AND SONS CONTRACTING CORPORATION, Respondent. [942 NYS2d 806]—In an action to recover damages for continuing public nuisance, the

plaintiff appeals from an order of the Supreme Court, Nassau County (Palmieri, J.), entered December 3, 2010, which, in effect, granted that branch of the defendant's motion which was, in effect, pursuant to CPLR 3211 (a) (5) to dismiss the complaint as time-barred.

Ordered that the order is affirmed, with costs.

The plaintiff alleges that, pursuant to a contract with Nassau County, the defendant completed certain sewer construction work in 1986, and that defects in the construction work constitute and contribute to a continuing public nuisance. The action is time-barred for the reasons stated in the companion case of *Village of Lindenhurst v J.D. Posillico, Inc.* (94 AD3d 1101 [2012] [decided herewith]).

The plaintiff's contentions relating to alleged statutory violations are not properly before this Court. Rivera, J.P., Dillon, Angiolillo and Leventhal, JJ., concur.